USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

CHRISTIAN RODRIGUEZ,

                        Plaintiff,                          **26-CV-1820 (KHP)**

          -against-                             **ORDER**

BLACK TRANSPORT SERVICES, LLC, et al.,

                       Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's letter dated May 19, 2026, and filed on June 1, 2026.

The Court directs Plaintiff to comply with the Court's Individual Rules when submitting a

request for an adjournment, specifically Rule I(c).

      **SO ORDERED.**

DATED:      New York, New York
              June 4, 2026

                                     _____
                                      KATHARINE H. PARKER
                                      United States Magistrate Judge