USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2026

GALLO VITUCCI KLAR LLP

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
9/8/2026

Svitlana Astakhova
Associate
Manhattan Office
sastakhova@gvlaw.com
(212) 683-7100

September 4, 2026

**By ECF Only**
Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The Court thanks the parties for the update. The parties shall provide another joint update by **September 30, 2026.**

Re: Christina Rodriguez v. Black Transport Services LLC et al
Case No.: 1:26-cv-01820-KHP

Your Honor:

The parties submit this joint status letter pursuant to Your Honor's Scheduling Order issued on July 8, 2026 (ECF Doc. No. 17).

The parties have exchanged written discovery as follows: Plaintiff provided responses to Defendants' First Request for Production and First Set of Interrogatories including disclosure of medical authorizations, and Defendants exchanged their Rule 26 initial disclosure. Depositions are scheduled as follows: Plaintiff Christina Rodriguez on September 15, 2026, Defendants Black Transport Services LLC and Keanu Black on September 17, 2026. A mediation session is scheduled for September 23, 2026, and mediation statements are to be exchanged by September 18, 2026.

The parties are mindful of the discovery deadline and will arrange independent medical examinations promptly after Plaintiff's deposition is completed. The parties intend to determine whether expert depositions are necessary upon completion of fact discovery and respectfully request the Court's permission to provide expert discovery schedule at that time.

Respectfully submitted,

Svitlana Astakhova, Esq.
GALLO VITUCCI KLAR LLP

cc: all counsel via ECF