USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________
DATE FILED: 10/05/2026

**ABRAMS & ASSOCIATES, P.C.**
**159-16 Union Turnpike, Suite 300**
**Fresh Meadows, NY 11366**
**Tel: (212) 962-4600**
**Fax: (212) 954-5575**
**EMAIL: Milana@abramslawpc.com**

**APPLICATION GRANTED: The Case Management Conference in this matter scheduled for Tuesday, October 6, 2026, at 11:00 a.m. is hereby converted to a telephonic proceeding. Counsel for the parties are directed to call Judge Parker's teleconference line at the scheduled time. Please dial (646)-453-4442, conference ID 609 152 723#.**

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.
10/05/2026

October 5, 2026

**Via ECF**
**Magistrate Judge Katharine H. Parker**
United State District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Re: Rodriguez v. Black Transport Services LLC et al**
**Docket No.: 1:26-cv-01820-KHP**
**Our File No.: 25/1694AA**

Honorable Judge Katharine H. Parker

I am the principal attorney at Abrams & Associates, P.C., and counsel for Plaintiff Christina Rodriguez in the above-referenced matter. We respectfully submit this letter to request the Case Management Conference scheduled for Tuesday October 6,2026 be held via telephone, due to a court ordered deposition that is scheduled for the same time. Your Honor's consideration of this matter is greatly appreciated.

CC: All parties via the Court's CM/ECF system

Very truly yours,

A Abrams

Ari Abrams, Esq.
Abrams & Associates, P.C.