USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

CHRISTIAN RODRIGUEZ,

Plaintiff,

-against-

BLACK TRANSPORT SERVICES, LLC, et al.,

Defendant.

-----------------------------------------------------------------X

**26-CV-1820 (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On October 6, 2026, the parties appeared for a Case Management Conference. On the record the Court ordered the Parties to submit a joint status update by **November 5, 2026,** detailing the status of the independent medical examination and the progress of expert discovery.

**SO ORDERED.**

DATED: New York, New York
October 6, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge