WWW.GVLAW.COM

GALLO VITUCCI KLAR LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/2026

In light of the Court's Pre-Trial and Trial Scheduling Order entered October 6, 2026, at ECF No. 26, the Court DENIES the parties' request for an extension of fact discovery. Fact discovery will close on **November 19, 2026.**

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.

11/9/2026

**By ECF Only**
Magistrate Judge Katharine H. Parker United States District Court
Southern District of New York 500 Pearl Street
New York, New York 10007

Re:Christina Rodriguez v. Black Transport Services LLC et al Case No.: 1:26-cv-01820-KHP

Your Honor:

The parties submit this joint status letter pursuant to Your Honor's Order dated on October 6, 2026 (ECF Doc. No. 25).

Plaintiff attended her Independent Medical Examination November 4, 2026. Presently, Defendants are awaiting an expert report. Additionally, Defendants have served their Second Request for Production concerning Plaintiffs' prior and subsequent injuries and are awaiting a response. The deadline to complete fact discovery is November 19, 2026 (see, ECF Doc. No. 13). As such, the parties respectfully request a 30-day extension of time to complete fact discovery in order to obtain Independent Medical Examination report and additional records concerning prior injuries.

Plaintiff's counsel consented to this application.

Respectfully submitted,

Svitlana Astakhova
GALLO VITUCCI KLAR LLP

SA/amcg/kaf
cc: All counsel via ECF